CLOSED

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01198-SEB-JMS

MUELLER v. DAVOL, INC et al
Assigned to: Judge Sarah Evans Barker
Referred to: Judge Jane Magnus-Stinson
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/19/2007
Date Terminated: 11/14/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**KORI MUELLER** represented by **Jamie Ranah Kendall**
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
317-633-8787
Fax: 317-633-8797
Email: jkendall@price-law.com
*ATTORNEY TO BE NOTICED*

**Joseph N. Williams**
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
317-633-8787
Email: jwilliams@price-law.com
*ATTORNEY TO BE NOTICED*

**William N. Riley**
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-8787
Fax: (317) 633-8797
Email: wriley@price-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC** represented by **Kathleen Ann DeLaney**
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
(317) 920-0400

Fax: (317) 920-0404
Email: kathleen@delaneylaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC** represented by **Kathleen Ann DeLaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 1 | COMPLAINT against DAVOL, INC and C.R. BARD, INC with Jury Demand, filed by KORI MUELLER.(WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 2 | CIVIL COVER SHEET, filed by Plaintiff KORI MUELLER. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 3 | RECEIPT #IP003302 in the amount of $ 350 for filing fee. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 4 | Summons Issued as to DAVOL, INC (Wilmington, DE and Providence, RI) and C.R. BARD, INC. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 5 | NOTICE of Appearance by William N. Riley on behalf of Plaintiff KORI MUELLER. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 6 | NOTICE of Appearance by Jamie Ranah Kendall on behalf of Plaintiff KORI MUELLER. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 7 | NOTICE of Appearance by Joseph N. Williams on behalf of Plaintiff KORI MUELLER. (WJC) (Entered: 09/20/2007) |
| 09/19/2007 | 8 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (WJC) (Entered: 09/20/2007) |
| 10/12/2007 | 9 | NOTICE of Appearance by Kathleen Ann DeLaney on behalf of Defendants DAVOL, INC, C.R. BARD, INC. (DeLaney, Kathleen) (Entered: 10/12/2007) |
| 10/12/2007 | 10 | CORPORATE DISCLOSURE STATEMENT, filed by Defendants DAVOL, INC, C.R. BARD, INC. (DeLaney, Kathleen) (Entered: 10/12/2007) |
| 10/12/2007 | 11 | NOTICE of Parties' First Extension of Time, filed by Defendants DAVOL, INC, C.R. BARD, INC. (DeLaney, Kathleen) (Entered: 10/12/2007) |
| 11/14/2007 | 12 | CLOSED TRANSFER to the District Court of Rhode Island in re: MDL 1842, Kugel Mesh Hernia Patch Products Liability Litigation, pursuant to Certified Conditional Transfer Order #7, Under Rhode Island Cause Number 07-1947. (TMA) (Entered: 11/15/2007) |

**Case #:1:07-cv-01198-SEB-JMS**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/27/2007 14:56:50 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01198-SEB-JMS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |